UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONACIANO ANTONIO RENTERIA, | No. 2:24-cv-0826 CKD P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, F.C.I. HERLONG, | |
| Respondent. | |

Petitioner has requested an extension of time to file an opposition to respondent's motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 7) is granted; and

2. Petitioner shall file an opposition to respondent's pending motion to dismiss no later than July 10, 2024.

Dated: May 13, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rent0826.ext