UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONACIANO RENTERIA<br><br>Plaintiff,<br><br>v.<br><br>WARDEN, FCI-HERLONG,<br><br>Defendants. | CASE NO. 2:24-CV-00826-CKD<br><br>ORDER EXTENDING FILING DEADLINE |

Having read and considered petitioner's motion to extend time to file his opposition to respondent's motion to dismiss to July 12, 2024, the motion is hereby granted.

Dated:  July 10, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE